AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### MIDDLE DISTRICT OF PENNSYLVANIA
## JUDGMENT IN A CIVIL CASE

Martin F. Stivala

    Plaintiff

v.                                 CASE NUMBER: 1:CV-06-505

Joseph Smith and Kevin Wharton

    Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of Defendants, Joseph Smith and Kevin Wharton and against Plaintiff, Martin F. Stivala.

**FILED**
HARRISBURG

AUG - 2 2007

MARY E. D'ANDREA, CLERK
Per_____
      DEPUTY CLERK

Date: August 2, 2007                      Mary E. D'Andrea, Clerk of Court

                                                     (By) Jill Cardile, Deputy Clerk